John R. MacMillan
MacMillan, Scholz, and Marks, LLC
4640 S Macadam Ave., Ste. 100
Portland, OR 97239
Office: (503) 224-2165
Facsimile: (503) 224-0348
Email: jmacmillan@msmlegal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **SUBLIMITY INSURANCE COMPANY,** an insurance company, as subrogee of John Samuel,<br><br>Plaintiff,<br><br>vs.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC.,** a New York corporation, **LOWE'S COMPANIES, INC.,** a North Carolina corporation and **JOHN DOE CORPORATION,**<br><br>Defendants. | Case No.: **6:26-cv-01941-AP**<br><br>FIRST AMENDED COMPLAINT – PRODUCT LIABILITY |

FOR ITS CLAIM FOR RELIEF AGAINST Defendant Samsung Electronics America, Inc., Plaintiff Sublimity Insurance Company, as subrogee of John Samuel, with leave of Court and no objection from the responding Defendants, states and alleges as follows:

## I. PARTIES

1.

At all times relevant hereto, Sublimity Insurance Company ("Sublimity") is and was a foreign corporation licensed to transact insurance business in the state of Oregon.

/ / /

/ / /

2.

At all times relevant hereto, Samsung Electronics America, Inc. ("Samsung") was a foreign corporation, incorporated in the state of New York, engaged in the manufacture and/or distribution of electric ranges sold in the state of Oregon.

3.

At all times relevant hereto, Lowe's Home Centers, LLC ("Lowe's") is and was a foreign limited liability company, with a principal state of business in the state of North Carolina, offering electric ranges for sale in the state of Oregon.

4.

At all times relevant hereto, John Doe Corporation, engaged in the manufacture and/or distribution of electric ranges sold in the state of Oregon. Plaintiff has attempted to ascertain the true identity of Defendant John Doe Corporation but has been unable to do so despite reasonable efforts.

II. FACTUAL BACKGROUND

5.

At all times relevant hereto, John Samuel (hereinafter "the Insured") was an individual who maintained homeowners' insurance with Sublimity, pursuant to policy number HO3-164213-001, for his residence located at 6035 Nonpareil Road in Sutherlin, Oregon (hereinafter "the Subject Property").

6.

At all times relevant hereto, an electric range manufactured by Samsung, purchased new in August of 2020 from Lowe's, identified as a model NE59R432 1SS/AA, bearing serial number 0GG67DAN502395A, was in service at the Subject Property (hereinafter, "Samsung electric range").

/ / /

7.

On August 4, 2024, the Subject Property was damaged by fire.

8.

The fire originated at the control center of the Samsung electric range after it spontaneously malfunctioned while it was not being used.

9.

The fire occurred when a defect in the Samsung electric range caused the left main circuit board of the control center to fail, malfunction and/or short circuit.

10.

The Insured submitted a claim to Sublimity under the above-referenced policy for damage to real and personal property caused by the fire described herein and Sublimity assigned number 1243802067 to the claim.

11.

After consideration of a $500.00 deductible, Sublimity indemnified the Insured relative to the claim for damage to the Subject Property in the amount of $140,925.58. By virtue of said payment, Sublimity became equitably and contractually subrogated to the Insured's rights to recover the full amounts paid, including the insured's deductible, for a total claim of $141,425.58, from the responsible party, Defendant Samsung herein.

III. LIABILITY

(Product Liability)

12.

Plaintiff realleges and incorporates by reference all prior paragraphs as though fully set forth herein.

/ / /

/ / /

13.

The Samsung electric range was designed, manufactured, and/or distributed by Samsung in a defective and unreasonably dangerous condition that presented a hazard to both persons and property pursuant to ORS 30.900.

14.

The Samsung electric range was defective by reason of its manufacture insofar as the product's circuit board was missing one of the metal oxide varistors, causing an internal short circuit in the control compartment in the range.

15.

The Samsung electric range was also defective by reason of its manufacture insofar as the product's internal circuit board had deviated in a significant way from otherwise identical units of the same product line, which caused electrical arcing on the hot element indicator.

16.

The Samsung electric range was not subject to abnormal use, misuse, abuse or in any way altered from the manufactured condition.

17.

As a result of Samsung's aforesaid conduct, the Insured sustained damages to his real and personal property in the amount of $141,425.58. By virtue of its payment of said damages, Sub-limity is equitably and contractually subrogated to the Insured's rights to recover the full amounts paid, including the Insured's deductible of $500.00, for a total claim of $141,425.58, from the responsible party herein, Defendant Samsung.

/ / /

/ / /

/ / /

WHEREFORE, Plaintiff Sublimity Insurance Company, as subrogee of John Samuel, demands judgment against Defendant Samsung Electronics America, Inc. in the amount of $141,425.58, together with prejudgment interest at the rate of 9% per annum, costs, disbursements, and any other relief deemed equitable by this court.

DATE: November 10, 2026.

MacMILLAN, SCHOLZ & MARKS, LLC

By: */s/ John R. MacMillan*
JOHN R. MacMILLAN, #973194
jmacmillan@msmlegal.com
of Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on November 11, 2026, I electronically filed the foregoing First Amended Complaint through the Court's CM/ECF system, which will send notice of the filing to all counsel of record registered to receive electronic service in this case.

*/s/ John R. MacMillan*
John R. MacMillan, OSB No. 973194
Attorney for Plaintiff